UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

Removed from Marshall Circuit Court
Civil Action No. 25-CI-00228

| | |
|---|---|
| NORMA SWANEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 5:25-cv-97-BJB |
| FOURTEEN FOODS, LLC, | ) ) ) |
| Defendants | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1332 and 1441, Defendant, Fourteen Foods, LLC, removes to the United States District Court for the Western District of Kentucky, at Paducah the civil action styled *Norman Swaney vs Fourteen Foods, LLC*, Civil Action No. 25-CI-00228, which is currently pending in the Marshall Circuit Court, Marshall County, Kentucky. In support of its Notice of Removal Defendant state:

1. On or about June 12, 2025, Plaintiff, Norma Swaney, filed a Complaint in the Marshall Circuit Court, which was given Civil Action No. 25-CI-00228 and named FOURTEEN FOODS, LLC as defendant.

2.     Plaintiff, Norma Swaney, was at the time of the filing of the Complaint a citizen of the Commonwealth of Kentucky, residing in Marshall County, Kentucky.

3.     FOURTEEN FOODS, LLC received service of process of the Complaint and Summons through its registered agent on June 18, 2025. Defendant, having been served with the Summons and Complaint, consents to the removal of this lawsuit to the United States District Court for the Western District of Kentucky, at Paducah from the Marshall County Circuit Court.

4.     Defendant FOURTEEN FOODS, LLC was at the time of the filing of the Complaint and is at the time of the filing of this Notice of Removal, a limited liability company organized under the laws of the State of Minnesota, with its sole principal place of business located at 7700 France Avenue S, Ste 170, Bloomington, Minnesota 55435. FOURTEEN FOODS, LLC'S sole member is MDF Holdings I, LLC, a limited liability company organized under the laws of the State of Minnesota with its sole principal place of business located at 7700 France Avenue S, Ste 170, Bloomington, Minnesota 55435. The members of MDF Holdings, LLC are Frauenshuh Hospitality Group, LLC and Matthew Frauenshuh. Frauenshuh Hospitality Group, LLC is a limited liability company organized under the laws of the State of Minnesota with its sole principal place of business located at 7700 France Avenue S., Ste 170, Bloomington, Minnesota 55435. The sole member of Frauenshuh Hospitality Group, LLC is Matthew Frauenshuh. Matthew Frauenshuh was at the time of the filing of the Complaint and is at the time of the filing of this Notice of Removal, a resident of the State

of Tennessee. As such, FOURTEEN FOODS, LLC is a citizen and resident of the State of Minnesota and the State of Tennessee. Pursuant to FRCP 7.1(a)(2), a corporate disclosure statement has been contemporaneously filed on behalf of FOURTEEN FOODS, LLC.

5. Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) and 28 U.S.C. § 1332(1) because it is an action between citizens of different states.

6. Undersigned counsel conferred with Plaintiff's counsel, Attorney Chuck Tveite, by telephone on June 25, 2025, at which time Attorney Tveite confirmed that Plaintiff's alleged special damages exceeded $75,000, *exclusive of interests and costs,* as required by 28 U.S.C. §1332(a) and 28 U.S.C. § 1367. (Emphasis added). Plaintiff counsel provided written confirmation of Plaintiff's alleged amount in controversy via email correspondence on the same date.

7. This Notice of Removal is filed within thirty (30) days after any defendant was served with and/or received a copy of a document from which it could be first ascertained that this action is one that may be removable as required by 28 U.S.C. § 1446(b)(3).

8. Attached hereto as <u>Exhibit B</u> is a complete copy of Plaintiff's Complaint; Summons; Courtesy Financial Transaction Report; Summons – Returns of Service, Notice; and Receipt filed on behalf of the Plaintiff. These documents constitute all the pleadings and process on file with the Marshall Circuit Court as of the date of this filing of this Notice of Removal.

9. Attached hereto as <u>Exhibit C</u> is the current State Court docket.

10. Upon receiving a file-marked copy of this Notice of Removal, Defendant will serve the same upon Plaintiff and also file a copy with the Clerk of the Marshall Circuit Court.

WHEREFORE, Defendant Fourteen Foods, LLC removes this action to the United States District Court for the Western District of Kentucky at Paducah.

          Respectfully submitted,

          WHITTEN LAW OFFICE LLC

          ***/s/ Nicholas E. Whitten***
          William T. Donnell
          Nicholas E. Whitten
          700 N. Hurstbourne Pkwy, Ste 112
          Louisville, KY 40222
          PH:  502-430-1016
          wdonnell@louisville.com
          nwhitten@indycounsel.com
          *Counsel for Defendant Fourteen Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Chuck Tveite
EDWARDS & KAUTZ, PLLC
P.O. BOX 1837
PADUCAH, KY 42002
*Counsel for Plaintiff*

          ***/s/ Nicholas E. Whitten***
          Nicholas E. Whitten

4