NOT ORIGINAL DOCUMENT
06/17/2025 03:46:51 PM
84941

COMMONWEALTH OF KENTUCKY
MARSHALL CIRCUIT COURT
Civil Action No. 25-CI-_____

NORMA SWANEY                                                                   PLAINTIFF

(Filed Electronically)

VS.                                   **COMPLAINT**

FOURTEEN FOODS, LLC                                      DEFENDANT

serve:  Cogency Global Inc.
         828 Lane Allen Rd., Suite 219
         Lexington, KY 40504

Comes the Plaintiff, Norma Swaney, by and through counsel, for her complaint against Fourteen Foods, LLC (hereinafter referred to as Fourteen Foods) and states as follows:

1. At all times herein mentioned Plaintiff was an actual and continuous resident of the Commonwealth of Kentucky and the acts and events complained of herein occurred within Marshall County, Kentucky.

2. At all times mentioned herein, Fourteen Foods was and is a Foreign Limited Liability Company and summons should be issued and served upon its agent for service of process, Cogency Global Inc., 828 Lane Allen Road, Suite 219, Lexington, KY 40504.

3. On or about July 11, 2024, Plaintiff was at Fourteen Foods' business located at 4388 US-62, Calvert City, Kentucky, when she was attempting to open a faulty/stuck door that ultimately caused her to fall and suffer injury.

4. At the time and place above mentioned, Fourteen Foods negligently and recklessly failed to safely and properly clean and maintain said door in a reasonable and safe condition and knowing of its unsafe condition, failed to properly warn patrons of its condition.

5. As a result of the aforementioned negligence of Fourteen Foods, Plaintiff has incurred bodily injuries both temporary and permanent; has been forced to incur hospital, doctor, medical and drug expenses and will be forced to incur same in the future; she has experienced physical and mental pain and suffering and will be forced to experience same in the future; she has

Presiding Judge: HON. ANDREA MOORE (642445)

COM : 000001 of 000002

lost wages; her ability to earn money has been permanently impaired; and she has been damaged thereby.

WHEREFORE, Plaintiff demands judgment against Fourteen Foods in an amount in excess of Five Thousand ($5,000.00) Dollars; a trial by jury; her costs incurred herein; and any and all other relief to which he may appear entitled.

RESPECTFULLY SUBMITTED,

/s/ Chuck Tveite
CHUCK TVEITE
EDWARDS & KAUTZ, PLLC
P. O. Box 1837
Paducah, KY 42002
(270) 442-9000 Phone
(270) 443-4304 Fax

ATTORNEY FOR PLAINTIFF

2