COMMONWEALTH OF KENTUCKY
MARSHALL CIRCUIT COURT
Civil Action No. 25-CI-_____

NORMA SWANEY     PLAINTIFF

(Filed Electronically)

VS.     **COMPLAINT**

FOURTEEN FOODS, LLC     DEFENDANT

serve:  Cogency Global Inc.
         828 Lane Allen Rd., Suite 219
         Lexington, KY 40504

Comes the Plaintiff, Norma Swaney, by and through counsel, for her complaint against Fourteen Foods, LLC (hereinafter referred to as Fourteen Foods) and states as follows:

1. At all times herein mentioned Plaintiff was an actual and continuous resident of the Commonwealth of Kentucky and the acts and events complained of herein occurred within Marshall County, Kentucky.

2. At all times mentioned herein, Fourteen Foods was and is a Foreign Limited Liability Company and summons should be issued and served upon its agent for service of process, Cogency Global Inc., 828 Lane Allen Road, Suite 219, Lexington, KY 40504.

3. On or about July 11, 2024, Plaintiff was at Fourteen Foods' business located at 4388 US-62, Calvert City, Kentucky, when she was attempting to open a faulty/stuck door that ultimately caused her to fall and suffer injury.

4. At the time and place above mentioned, Fourteen Foods negligently and recklessly failed to safely and properly clean and maintain said door in a reasonable and safe condition and knowing of its unsafe condition, failed to properly warn patrons of its condition.

5. As a result of the aforementioned negligence of Fourteen Foods, Plaintiff has incurred bodily injuries both temporary and permanent; has been forced to incur hospital, doctor, medical and drug expenses and will be forced to incur same in the future; she has experienced physical and mental pain and suffering and will be forced to experience same in the future; she has

1

NOT ORIGINAL DOCUMENT
06/17/2025 03:46:51 PM
84941

lost wages; her ability to earn money has been permanently impaired; and she has been damaged thereby.

WHEREFORE, Plaintiff demands judgment against Fourteen Foods in an amount in excess of Five Thousand ($5,000.00) Dollars; a trial by jury; her costs incurred herein; and any and all other relief to which he may appear entitled.

RESPECTFULLY SUBMITTED,


/s/ Chuck Tveite
CHUCK TVEITE
EDWARDS & KAUTZ, PLLC
P. O. Box 1837
Paducah, KY 42002
(270) 442-9000 Phone
(270) 443-4304 Fax

ATTORNEY FOR PLAINTIFF

Presiding Judge: HON. ANDREA MOORE (642445)
COM : 000002 of 000002

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **25-CI-00228**<br>Court: **CIRCUIT**<br>County: **MARSHALL** |

*Plantiff,* **SWANEY, NORMA VS. FOURTEEN FOODS, LLC**, *Defendant*

TO:  **COGENCY GLOBAL INC.**
     **828 LANE ALLEN RD., SUITE 219**
     **LEXINGTON, KY 40504**

Memo: Related party is FOURTEEN FOODS, LLC

The Commonwealth of Kentucky to Defendant:
**FOURTEEN FOODS, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tiffany Fralick Griffith*
Marshall Circuit Clerk
Date: **6/12/2025**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20____    _____
                                Served By

                                _____
                                Title

Summons ID: @90005826908
CIRCUIT: 25-CI-00228 Certified Mail
SWANEY, NORMA VS. FOURTEEN FOODS, LLC



Page 1 of 1

Presiding Judge: HON. ANDREA MOORE (642445)
CI : 000001 of 000001

NOT ORIGINAL DOCUMENT
06/17/2025 03:47:25 PM
84941

eFiled

**Commonwealth of Kentucky**
**Tiffany Fralicx Griffith, Marshall Circuit Clerk**

NOT ORIGINAL DOCUMENT
06/17/2025 03:47:48 PM

| | |
|---|---|
| **Case #:** 25-CI-00228 | **Envelope #:** 10831071 |
| **Received From:** CHARLES TVEITE | **Account Of:** CHARLES TVEITE   84941 |
| **Case Title:** SWANEY, NORMA VS. FOURTEEN FOODS, LLC | **Confirmation Number:** 203580764 |
| **Filed On** 6/12/2025  12:06:55PM | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $10.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $17.54 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Library Fee | $1.00 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Copy - Photocopy) | $0.40 |
| 9 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | **$293.94** |

Generated: 6/12/2025                                                                                                           Page 1 of 1



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cogency Global Inc.
828 Lane Allen Rd., Suite 219
Lexington, KY 40504

25CI-228

9590 9402 9269 4295 6281 32

2. Article Number (Transfer from service label)

5 8 9  0 7 1 0  5 2 7 0  2 3 0 3  3 0 9 4  3 6

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
FILED
TIFFANY FRALICX
CIRCUIT CLERK
MARSHALL COUNTY
BY: _____ D.C.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

LOUISVILLE KY 40[...]

9590 9402 9269 4295 6281 32

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

° Sender: Please print your name, address, and ZIP+4® in this box°

TIFFANY FRALICX GRIFFITH
CIRCUIT & DISTRICT COURTS
80 JUDICIAL DRIVE
UNIT 101
BENTON, KY  42025

Filed                25-CI-00228        06/13/2025              Tiffany Fralicx Griffith, Marshall Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2025 03:48:13 PM
84941

COMMONWEALTH OF KENTUCKY
MARSHALL CIRCUIT COURT
CIVIL ACTION NO. 25-CI-00228

NORMA SWANEY                            PLAINTIFF

(Filed Electronically)
VS.                          **NOTICE**

FOURTEEN FOODS, LLC                          DEFENDANT

Please take notice pursuant to KRS 411.188 that the above styled action has been filed. It is believed you are holding subrogation rights on any award received by Plaintiff, Norma Swaney, as a result of this action and failure to assert subrogation rights by intervention pursuant to Kentucky Civil Rule 24 will result in the loss of those rights with respect to any final award received by Plaintiff, Norma Swaney, as a result of this action.

RESPECTFULLY SUBMITTED,

/s/ Chuck Tveite
CHUCK TVEITE
EDWARDS & KAUTZ
P. O. Box 1837
Paducah, KY 42002
(270) 442-9000
ctveite@eandklaw.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This is to certify that true copies of the foregoing were served via mail: Medicare, P. O. Box 138832, Oklahoma City, OK 73113 and Aetna Medicare, P. O. Box 981106, El Paso, TX 79998, on this the 13th. day of June, 2025.

/s/ Chuck Tveite
CHUCK TVEITE

NO : 000001 of 000001

Filed                25-CI-00228        06/13/2025              Tiffany Fralicx Griffith, Marshall Circuit Clerk

Marshall County

Tiffany Fralicx Griffith

Circuit Court Clerk

**Receipt Number: 22-0011101-A**

DATE: 06/12/2025

TIME: 12:21 PM EST

*** (Z) OTHER TYPE RECEIPT ***

**CASE NO: 25-CI-00228**

RECEIVED FROM: CHARLES TVEITE

ACCOUNT OF: SWANEY, NORMA VS. FOURTEEN FOODS, LLC

PARTY NAME: CHARLES TVEITE

| # | Description | Amount |
|---|---|---|
| 1. | ATJ Fee (1) | $20.00 |
| 2. | Civil Filing Fee (Q) | $150.00 |
| 3. | Court Technology MCFO(K(CT)) | $20.00 |
| 4. | Library Fee (L) | $1.00 |
| 5. | Court Facilities Fee ([) | $10.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | $5.00 |
| 7. | Jury Demand / 12 CS(W(M)) | $70.00 |
| 8. | Postage MCFO(K(H)) | $17.54 |
| 9. | Copy - Photocopy CS(W(F)) | $0.40 |
| | TOTAL: | $293.94 |
| | CREDIT CARD: | $293.94 |
| | ***DIFF: | $0.00 |

*** Credit Card Invoice #: 203580764

AL DOCUMENT

PM 10831071

*** MultiReceipt/MassReceipt Transaction ***

Reprint : 6/13/2025   9:16:38AM

Prepared By: Web_Payment

Pay Online Visit:

<u>www.kycourts.gov</u>   and click on Pay Fine/Fee.

Reprint