

**25-CI-00228**

# SWANEY, NORMA VS. FOURTEEN FOODS, LLC

**MARSHALL CIRCUIT COURT**
Filed on **06/12/2025** as **PREMISES LIABILITY** with **HON. ANDREA MOORE**

**** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 25-CI-00228 |
|---|---|
| PREMISES LIABILITY;; | |

| Parties | 25-CI-00228 |
|---|---|

**FOURTEEN FOODS, LLC** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.;

**Address**
1431 PERRONE WAY
FRANKLIN TN 37069

**Summons**
**CIVIL SUMMONS** issued on **06/12/2025** served / recalled on **06/19/2025** by way of **CERTIFIED MAIL**

**SWANEY, NORMA** as **PLAINTIFF / PETITIONER**

**Address**
59 ASPEN STREET
CALVERT CITY KY 42029

**TVEITE, CHARLES** as **ATTORNEY FOR PLAINTIFF**

**Address**
EDWARDS & KAUTZ
222 WALTER JETTON BLVD.
PADUCAH KY 42003

**COGENCY GLOBAL INC.** as **REGISTERED AGENT OF SERVICE**

**Memo**
Related party is FOURTEEN FOODS, LLC;

**Address**
828 LANE ALLEN RD., SUITE 219
LEXINGTON KY 40504

| Documents | 25-CI-00228 |
|---|---|

**COMPLAINT / PETITION** filed on **06/12/2025**
   COMPLAINT;

**NOTICE - OTHER** filed on **06/13/2025**
   KRS 411.188 NOTICE;

| Images | 25-CI-00228 |
|---|---|

**COMPLAINT / PETITION** filed on **06/12/2025**    Page(s): 2

**SUMMONS** filed on **06/12/2025**    Page(s): 1

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **06/12/2025**    Page(s): 1

**SUMMONS - RETURN OF SERVICE** filed on **06/12/2025**    Page(s): 2

**NOTICE - OTHER** filed on **06/13/2025**    Page(s): 1

**RECEIPT** filed on **06/13/2025**    Page(s): 0

**** End of Case Number : 25-CI-00228 ****