UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

Removed from Marshall Circuit Court
Civil Action No. 25-CI-00228

| | | |
|---|---|---|
| NORMA SWANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:25-cv-00097-BJB |
| | ) | |
| FOURTEEN FOODS, LLC, | ) | |
| | ) | |
| Defendants | ) | |

_____

**ANSWER**
_____

Defendant, Fourteen Foods, LLC, by counsel, hereby submits its Answer
to Plaintiff's Complaint as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim against Defendant upon which relief
can be granted.

**SECOND DEFENSE**

Defendant denies each and every matter, thing, and allegation contained
in Plaintiff's Complaint except as admitted, qualified, or otherwise stated in this
Answer.

**THIRD DEFENSE**

1.    Defendant admits only that the subject incident occurred in
Marshall County, Kentucky. Defendant is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1 of the Complaint and therefore denies those allegations.

2.     Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3.     Defendant admits only that Plaintiff was at its business location on July 11, 2024. Defendant denies all remaining allegations contained in Paragraph 3 of the Complaint.

4.     Defendant denies the allegations contained in Paragraph 4 of the Complaint.

5.     Defendant denies the allegations contained in Paragraph 5 of the Complaint.

## FOURTH DEFENSE

Defendant relies on all affirmative defenses available to it under the civil rules as a complete or partial bar to Plaintiff's recovery herein, including, but not limited to all affirmative defenses in Kentucky Rules of Civil Procedure 8.03 and CR 12.02.

## FIFTH DEFENSE

Plaintiff's alleged injuries and damages, if any, may have been caused or brought about by the negligence of a person or persons other than Defendant including, but not limited to, Plaintiff and/or nonparty to this action. Defendant specifically pleads and relies on same as a complete or partial bar to Plaintiff's recovery herein.

## SIXTH DEFENSE

Plaintiff's alleged injuries and damages, if any, were the sole, proximate, and/or substantial result of an intervening and/or superseding cause over which Defendant had no control or responsibility. Defendant specifically pleads and relies upon same as a complete or partial bar to Plaintiff's recovery herein.

## SEVENTH DEFENSE

Plaintiff's alleged injuries and damages, if any, were caused by an open and obvious condition. Defendant specifically pleads and relies upon the same as a complete or partial bar to Plaintiff's recovery herein.

## EIGHTH DEFENSE

Defendant hereby incorporates by reference and further relies upon all defenses which become available during discovery or due to a change in the law. By filing this answer, Defendant in no way waives or jeopardizes any rights available to it by law.

## NINTH DEFENSE

Plaintiff was on notice and was sufficiently warned of any dangerous condition that may have existed on the premises. Defendant specifically pleads and relies upon same as a complete or partial bar to Plaintiff's recovery herein.

## TENTH DEFENSE

Plaintiff's alleged injuries and damages, if any, were caused by her assumption of the risk after being notified and warned of any dangerous condition that may have existed on the premises. Defendant specifically pleads and relies upon same as a complete or partial bar to Plaintiff's recovery herein.

## ELEVENTH DEFENSE

Defendant affirmatively state and allege that if Plaintiff has been damaged by reason of the matters alleged in the Complaint, which Defendant specifically denies, then Plaintiff has failed to mitigate her damages.

## TWELFTH DEFENSE

Defendant affirmatively states and alleges that to the extent that any person or entity has paid any amount to or on behalf of Plaintiff as a result of the injuries or damages alleged in the Complaint and not been properly notified of its subrogation rights under the provisions of KRS §411.188, Plaintiff's Complaint is barred.

## THIRTEENTH DEFENSE

Defendant affirmatively states and alleges that Plaintiff is precluded from recovering the amount of the benefits subject to subrogation rights, and evidence of payments made on behalf of Plaintiff is admissible, and that if any such payments have been made, Plaintiff is not the real party in interest.

## FOURTEENTH DEFENSE

Defendant affirmatively states and alleges it is entitled to each and every defense, credit, offset, or deduction provided by KRS §411.188.

## FIFTHTEENTH DEFENSE

Defendant intends to rely on any other affirmative defenses that may become available or apparent during discovery and expressly reserves the right to amend its Answer to assert any such defenses as may be warranted.

WHEREFORE, having fully answered Plaintiff's Complaint and set forth its affirmative defenses, Defendant, Fourteen Foods, LLC, respectfully demands:

1. The Complaint and all of Plaintiff's claims be dismissed with prejudice;

2. The Plaintiff take nothing on her Complaint;

3. Indemnity, contribution, and apportionment, where appropriate;

4. Its costs expended in defense of this lawsuit, including all reasonable attorney's fees where allowed by law;

5. Trial by jury on all issues so triable; and

6. Any and all other relief to which Defendant may appear entitled.


Respectfully submitted,

WHITTEN LAW OFFICE LLC

*/s/Nicholas E. Whitten*
Nicholas E. Whitten/#99295
William T. Donnell/#84941
*Counsel for Defendant Fourteen Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Chuck Tveite
EDWARDS & KAUTZ, PLLC
P.O. BOX 1837
PADUCAH, KY 42002
*Counsel for Plaintiff*

/s/Nicholas E. Whitten
Nicholas E. Whitten

Nicholas E. Whitten
William T. Donnell
WHITTEN LAW OFFICE LLC
700 North Hurstbourne Parkway
Suite 112
Louisville, KY 40222
PH: 502-430-1016
FX: 502-430-1083
nwhitten@indycounsel.com
wdonnell@louisvillecounsel.com